# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 1, 2018

## NO. 03-18-00484-CV

**Jose C. Padilla Alvarez and CCJK LLC
d/b/a Hill Country Site Supply, LLC, Appellants**

**v.**

**Rhonda Jean Ortiz, Appellee**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
### DISMISSED ON JOINT MOTION—OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the interlocutory order signed by the district court on July 19, 2018. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.